UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| Marshall Hanks<br><br>         Plaintiff,<br><br>v.<br><br>Progressive Financial Services, Inc.<br><br>         Defendant. | Case No. 1:14-cv-01023-CBK<br><br><br>**NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action without prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By:     /s/ J.D. Haas__
     J.D. Haas
     Attorney for Plaintiff
     9801 Dupont Avenue South
     Suite 430
     Bloomington, MN  55431
     Phone:  952-345-1025
     Fax: 952-854-1665
     Email: jdhaas@jdhaas.com

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Barbara A. Hoerner, Esq.
Corporate Counsel/Chief Compliance Officer
Progressive Financial Services, Inc.
1919 W. Fairmont Dr., Bldg. 8
Tempe, AZ  85282
bhoerner@progressivefinancial.com

                                                                                  /s/ J.D. Haas___